UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

SSI# 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
54978

Daniel Richlard Hall III ) )
_____ )
_____ )

(Enter above the NAME of the
plaintiff in this action.)

v. Sullivan County Jail
OFICER HEARLESS

SGT ROUSE ovel

TRanspoiLTation

(Enter above the NAME of each
defendant in this action.)

FILED
AUG 21 2024
Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

1:24-mc-38-TRM-CHS

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (X)

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

_____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Sullivan County Jail Blountville TN 37617, 140 Blountvil Bypass Blountville TN

A. Is there a prisoner grievance procedure in this institution? YES (X) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (X) NO ( )

C. If your answer is YES,

1. What steps did you take? I put in grievance

2. What was the result? They did nothing

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? _____

2

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Daniel Richard Hall III

Present address: P.O. Box 610 Blountville TN 37617

Permanent home address: 316 Dunbar St Kingsport TN 37660

Address of nearest relative: 313 Sullivan St Kingsport TN 37660

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Oficer Harless / Sgt Rouse

Official position: Harless oficer / Sgt Sgt Rouse over transport

Place of employment: Sullivan Couty Sherifs Ofice Blountville TN 37617

C. Additional defendants: _____

_____

_____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

Oficer Harless put me in the Hole for smileing at him.

3

At another time
I was taken from jail told
I was going 2 B given a ride
Home 2 Kingsport TN 37660 Instead
I was taken to a town called
Mosheim In Green County TN Far
Away from my Home in Kingsport
The police officer told me I
was to be picked up and
given a ride Home so I waited
until 8 hours later I was on
the phone all day with the
Sullivan County Jail I was told
I would be pick up until
I was told they where Leaving
me Stranded without a ride
where they dropped me off and
Left me they could have left me
alone But they insisted that I let
them give me a ride But it was
not to take me Home maybe
Lt Cole had something 2 do with this
Im not sure

4

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.) MAKE SURE NO INMATE IS put in HOLE (SEGREGATION) FOR SMILING

MAKE SURE THAT if JAIL SAYS ITS giving you A RIDE HOME IT DOEST TAKE you FAR AWAY And LEAVE you STRANDED without A HOME RIDE

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this \_\_\_12\_\_\_ day of \_\_\_August\_\_\_, 20\_24\_.

Daniel R Hall III
Signature of plaintiff(s)

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
54978